# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| BRANDY MAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-277 |
| | ) | |
| NINE LINE APPAREL, INC., a domestic profit corporation d/b/a Nine Line, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This case, involving allegations of violations of the Americans with Disabilities Act was assigned to the undersigned. Because several attorneys from the undersigned's former law firm have appeared in this case, and to avoid any appearance of impropriety, I recuse. The Clerk is **DIRECTED** to forward a copy of this order to the assigned District Judge for reassignment.

**SO ORDERED**, this 4th day of October, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia