U.S. DISTRICT COURT
SAVANNAH DIV.

2019 OCT 10 PM 12: 03

CLERK
U.S. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| BRANDY MAI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV418-277 |
| | ) | |
| NINE LINE APPAREL, INC., a | ) | |
| domestic profit corporation | ) | |
| d/b/a Nine Line, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Before the Court is United States Magistrate Judge Christopher L. Ray's Order of recusal dated October 4, 2019 in which Magistrate Judge Ray recused himself from this action. (Doc. 29.). Accordingly, this case is now **REFERRED** to United States Magistrate Judge **Benjamin W. Cheesbro.**

This _10th_ day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA