FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:49 pm, Jun 05, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRANDY MAI,<br><br>        Plaintiff,<br><br>   v.<br><br>NINE LINE APPAREL, INC. d/b/a NINE LINE, a domestic profit corporation,<br><br>        Defendant. | CIVIL ACTION NO.: 4:18-cv-277 |

**O R D E R**

On April 6, 2020, the parties informed the Court they had settled this case, would have the settlement agreement executed soon thereafter, and then would file a stipulation of dismissal. Doc. 55.   The parties later informed the Court that problems had arisen regarding the execution of the settlement agreement.   Doc. 57.   The Court encouraged the parties to continue conferring regarding the settlement agreement and scheduled a status conference on June 5, 2020.   Id. Prior to the June 5, 2020 status conference, the parties notified the Court they have executed a final settlement agreement resolving this case.   In light of these developments, the Court **ORDERS** the parties to either file a stipulation of dismissal or an updated status report within seven days of this Order.

**SO ORDERED**, this 5th day of June, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA