IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANDY MAI, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-277
)
NINE LINE APPAREL, INC. )
d/b/a NINE LINE, a domestic )
corporation, )
)
    Defendant. )
_____)

O R D E R

    Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 59.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. As a result, Defendant's Motion for Attorney Fees (Doc. 33) and Motion for Summary Judgment (Doc. 47) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

    SO ORDERED this 17th day of June 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA